In the Matter of THOMAS F. FINN et al., Appellants, against JOHN F. O'CONNELL et al., Individually and as Members of State Liquor Authority, Respondents.

Argued September 30, 1947; decided October 9, 1947.

*Benjamin Rubenstein* and *Otto Gottlieb* for appellants.
*Alvin McKinley Sylvester* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.